IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN -3 2020

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 1:20-CR-44 |
| BRUCE EUGENE KENNEY | § § | Judge Heartfield |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 111(a)(1) and (b) (Assaulting a Federal Officer -Inflicting Bodily Injury)

On or about May 17, 2019, in the Eastern District of Texas, **Bruce Eugene Kenney**, defendant, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, that is, S.P., an officer and employee with the Federal Bureau of Prisons, by hitting S.P. in the face with a closed fist, inflicting bodily injury, while S.P. was engaged in or on account of the performance of his official duties.

In violation of 18 U.S.C § 111(a)(l) and (b).

**Count Two**

Violation: 18 U.S.C. § 111(a)(1) and (b) (Assaulting a Federal Officer -Inflicting Bodily Injury)

On or about May 17, 2019, in the Eastern District of Texas, **Bruce Eugene Kenney**, defendant, did intentionally forcibly assault, resist, oppose, impede, intimidate,

and interfere with an officer and employee of the United States, that is, D.F., an officer and employee with the Federal Bureau of Prisons, by biting D.F. on the hand, inflicting bodily injury, while D.F. was engaged in or on account of the performance of his official duties.

In violation of 18 U.S.C § 111(a)(1) and (b).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
United States Attorney

_____   6/3/2020
NICOLE F. DEMPSEY                  Date
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | NO. 1:20-CR-44 |
| BRUCE EUGENE KENNEY | § | |

## NOTICE OF PENALTY

### Count One

Violation:       18 U.S.C. §§111(a)(1) and (b)

Penalty:         Imprisonment of not more than eight years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

If bodily injury occurred, imprisonment of not more than twenty years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment:       $100.00

### Count Two

Violation:       18 U.S.C. §§111(a)(1) and (b)

Penalty:         Imprisonment of not more than eight years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

If bodily injury occurred, imprisonment of not more than twenty years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment:       $100.00