IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §  CASE NUMBER 1:20-CR-00044-TH |
| v. | § |
| | § |
| | § |
| BRUCE EUGENE KENNEY | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AS TO DEFENDANT'S COMPETENCY

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Bruce Eugene Kenney, is competent. The speedy trial time shall be excluded from August 10, 2020 until the date of this order.

**SIGNED** this the **10** day of **November, 2022.**

_____
Thad Heartfield
United States District Judge